[No. 58697-1-I.    Division One.    August 6, 2007.]

DANIEL JON HAGEN, *Respondent*, v. PAUL E. SIMMERLY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 04-3-12148-9, Catherine D. Shaffer, J., entered June 13 and July 27, 2006. *Affirmed* by unpublished per curiam opinion.